1 | Robert Drexler (SBN 119119)
Robert.Drexler@CapstoneLawyers.com
2 | Jonathan Lee (SBN 267146)
Jonathan.Lee@CapstoneLawyers.com
3 | Natalie Torbati (SBN 301663)
Natalie.Torbati@CapstoneLawyers.com
4 | Capstone Law APC
1840 Century Park East, Suite 450
5 | Los Angeles, California 90067
Telephone: (310) 556-4811
6 | Facsimile: (310) 943-0396

Attorneys for Plaintiff DONNA MARSHALL

Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Aurelio Pérez, Bar No. 282135
aperez@littler.com
Littler Mendelson, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 433-1940

Kelsey E. Papst, Bar No. 270547
kpapst@littler.com
Littler Mendelson, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: (916) 830-7200

Attorneys for Defendants
FANEUIL, INC. and ALJ REGIONAL
HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MARSHALL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FANEUIL, INC., a Delaware corporation; ALJ REGIONAL HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01975-KJM-CKD<br><br>**JOINT STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND**<br><br>[Complaint filed July 31, 2017] |

| | |
|---|---|
| 1 | **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR** |
| 2 | **ATTORNEYS OF RECORD:** |
| 3 | PURSUANT TO Local Rule 143, the following Stipulation is hereby entered |
| 4 | into by and between Plaintiff Donna Marshall ("Plaintiff") and Defendants Faneuil, |
| 5 | Inc. and ALJ Regional Holdings, Inc. ("Defendants" and, together with Plaintiff, the |
| 6 | "Parties"), by and through their respective counsel of record. |
| 7 | **WHEREAS**, on July 31, 2017, Plaintiff filed a Complaint in Sacramento |
| 8 | County Superior Court, Case No. 34-2017-00216580-CU-OE-GDS; |
| 9 | **WHEREAS**, on September 22, 2017, Defendants filed its Answer to |
| 10 | Plaintiff's Complaint; |
| 11 | **WHEREAS**, on September 22, 2017, Defendant removed the Action to this |
| 12 | Court [Dkt. No. 1]; |
| 13 | **WHEREAS**, on November 10, 2017, pursuant to the Honorable Kimberly |
| 14 | Mueller's Standing Order, the Parties met and conferred regarding Plaintiff's |
| 15 | intention to file a Motion to Remand; |
| 16 | **WHEREAS**, on November 14, 2017, the parties stipulated to the following |
| 17 | briefing schedule: |

| | | |
|---|---|---|
| 18 | November 17, 2017 | Deadline for Plaintiff to file Motion to Remand pursuant |
| 19 | | to 28 U.S.C. §1447(c) |
| 20 | December 8, 2017 | Deadline for Defendants to file Opposition to Motion to |
| 21 | | Remand |
| 22 | December 22, 2017 | Deadline for Plaintiff to file Reply to Motion to Remand |
| 23 | January 12, 2018 | Hearing on Plaintiff's Motion to Remand |

24 **IT IS SO STIPULATED.**
25 //
26 //
27 //
28 //

Dated: November 15, 2017　　　　　　Capstone Law APC

By: _____
　　Robert J. Drexler
　　Jonathan Lee
　　Natalie Torbati

Attorneys for Plaintiff Donna Marshall


Dated: November 15, 2017　　　　　　Littler Mendelson, P.C.


By: /s/ Aurelio Pérez
　　Robert G. Hulteng
　　Aurelio Pérez
　　Kelsey E. Papst

Attorneys for Defendant Faneuil, Inc. and
ALJ Regional Holdings, Inc.

# ORDER

Having read and considered the Parties' Stipulation Re Briefing Schedule For Plaintiff's Motion To Remand and **GOOD CAUSE APPEARING** therefore, the Court grants the stipulation and orders the following briefing and hearing schedule:

| | |
|---|---|
| November 17, 2017 | Deadline for Plaintiff to file Motion to Remand pursuant to 28 U.S.C. §1447(c) |
| December 8, 2017 | Deadline for Defendants to file Opposition to Motion to Remand |
| December 22, 2017 | Deadline for Plaintiff to file Reply to Motion to Remand |
| January 12, 2018 | Hearing on Plaintiff's Motion to Remand |

**IT IS SO ORDERED.**

Dated: January 3, 2018
(*nunc pro tunc* to November 15, 2017)

_____
UNITED STATES DISTRICT JUDGE